# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff/Respondent, | § § | |
| V. | § § | CR. No. C-03-376(1) |
| | § | C.A. No. C-05-214 |
| MANUEL CORDOVA-SANCHEZ, | § § | |
| Defendant/Movant. | § | |

## FINAL JUDGMENT

The Court enters final judgment denying defendant Manuel Cordova-Sanchez's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

It is so ORDERED this 28th day of March, 2006.

_____
HAYDEN HEAD
CHIEF JUDGE